AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
11/2/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA   DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
11/02/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: KH   DEPUTY

United States of America
v.

MANUEL ADRIAN VILLEGAS, also known as ("aka") "Manuel Adrian Villegas Velazco," aka "Manuel Velasco," aka "Manuel Velazco,"

Defendant(s)

Case No. 8:22-mj-00700-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>October 3, 2019</u> in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§1326(a); (b)(1) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

JARED BROMBERG
Deportation Officer, DHS
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/2/2022

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. AUTUMN D. SPAETH
U.S. Magistrate Judge
Printed name and title

AUSA: Greg Scally (714) 338-3592

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT**
**(FOR VIOLATION OF 8 U.S.C. §§ 1326(a), (b)(1)**

I, Jared Bromberg, being duly sworn, do hereby declare and state the following:

**TRAINING AND EXPERIENCE**

1.   I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since June 2009.  I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") Unit, Santa Ana office.

2.   Prior to working as a DO with ICE, I worked as an Immigration Enforcement Agent with ICE since February 2007. Prior to working for ICE, I worked as a Customs and Border Protection Officer with United States Customs and Border Protection ("CBP") since July 2004.  Prior to working for CBP, I worked as an Immigration Inspector for INS since August 2002.

**PURPOSE OF AFFIDAVIT**

3.   This affidavit is made in support of a complaint and arrest warrant against MANUEL ADRIAN VILLEGAS, also known as ("aka") "Manuel Adrian Villegas Velazco," aka "Manuel Velasco," aka "Manuel Velazco" (VILLEGAS), charging a violation of Title

1

8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal). The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses.  This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

## **PROBABLE CAUSE**

4.   On or about October 3, 2019, ICE received information that VILLEGAS had recently been encountered in Orange County, California.  On or about March 31, 2020, VILLEGAS was released from the custody of the Orange County Sheriff's Department.

5.   A preliminary records check of the DHS database was conducted which revealed Alien File Number ("A-File") A205 319 691 is assigned to VILLEGAS.  An "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  The A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is maintained.  Further records checks revealed that VILLEGAS was

previously deported to Mexico.

6. On or about October 17, 2022, I received a certified booking photograph of VILLEGAS taken by the Orange County Sheriff's Department upon his October 2019 arrest.

7. On or about October 25, 2022, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII") and the Federal Bureau of Investigation ("FBI") Identification Record for VILLEGAS, the individual who is the subject of this affidavit and who was released from the custody of the Orange County Sheriff's Department. I compared the data on the CII and FBI to that found in the DHS Central Index System ("CIS") under the assigned A-File, which I believe is VILLEGAS's alien number. I also compared the data from the CII, FBI, and CIS records to printouts of the CII, FBI, and CIS records contained in the A-File. I found that the data from CII and FBI records contained in VILLEGAS's A-File contain the same Federal Bureau of Investigation identification number that is found in the CII and FBI records that I obtained. I also found that the FBI and CIS records I obtained contain a name and date of birth that is found in a CIS record contained in the A-File. In addition, the CII printout I obtained reflects the conviction that is described below. Based on this review, I believe that VILLEGAS

is the same person who incurred the conviction described below and who was ordered deported and/or removed as described in the A-File.

8.   On or about October 25, 2022, I reviewed Alien File Number A205 319 691 ("A-File"), which is maintained for subject alien VILLEGAS.  A review of VILLEGAS's A-File revealed the following information and documents:

   a.   Photographs of the alien subject to whom A-File A205 319 691 corresponds.  I compared these photographs to the booking photograph of VILLEGAS obtained from the Orange County Sheriff's Department.  These photographs appear to depict the same person.  Thus, I believe that A-File A205 319 691 and its contents correspond to VILLEGAS.

   b.   A Record of Deportable/Inadmissible Alien (Form I-213), which indicated that Orange County Deputy Sheriff C. Cortes interviewed VILLEGAS on or about February 11, 2013, at the Orange County Jail in Orange County, California.

   c.   An Order of the Immigration Judge showing that VILLEGAS was ordered removed from the United States to Mexico by Kevin W. Riley, Immigration Judge, Los Angeles, California, on or about August 11, 2017.

   d.   An executed Warrant of Removal/Deportation indicating that VILLEGAS was officially removed and deported

4

from the United States to Mexico on or about August 15, 2017, at the Port of Entry San Ysidro, California.

    e. I know from my training and experience that a Warrant of Removal, Warrant of Removal/Deportation, or a Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint.  The executed Warrant of Removal/Deportation in VILLEGAS's A-File contains his photograph, signature, and fingerprint.

    h. A record of conviction indicating that on or about May 5, 2017, VILLEGAS was convicted of Second Degree Robbery, in violation of California Penal Code Section 211/212.5(c), and False Imprisonment by Menace/ Violence/ Fraud/ Deceit, in violation of California Penal Code Section 236/237(a), in the Superior Court of the State of California, County of Orange, Case Number 15NF0768, for which VILLEGAS was sentenced to 364 days of imprisonment.  On or about January 18, 2022, VILLEGAS was found to be in violation of his probation and was sentenced to 90 days of imprisonment.

  9. I found nothing in VILLEGAS's A-File that indicated that he had applied to the United States Attorney General or his

designated successor, the Secretary of Homeland Security, for permission to re-enter the United States following his last deportation and removal. Based upon my knowledge, training, and experience, I believe that if any application had been made, a record would ordinarily be located in the A-File.

10. On or about October 25, 2022, I reviewed the DHS computer indices on VILLEGAS. Based on my training and experience, I know that the DHS computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States. The DHS computer indices confirmed that VILLEGAS had been removed and deported on or about the date indicated on the Warrant of Removal/Deportation found in VILLEGAS's A-File. The DHS computer indices further indicated that VILLEGAS had not obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since VILLEGAS had last been deported.

11. Based on my review of the contents of A-File A205 319 691, I believe that VILLEGAS is an alien, that he is a citizen of Mexico who illegally re-entered the United States without permission.

**CONCLUSION**

12. Based upon the information indicated above, including the Order of the Immigration Judge, Warrant of Removal/Deportation, copies of conviction documents, a booking photograph taken in the United States after the date of removal, and the absence of an application to re-enter the United States, I have probable cause to believe that MANUEL ADRIAN VILLEGAS is in violation of Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal).

/s/
JARED BROMBERG
Deportation Officer
United States Department of
Homeland Security, Immigration
and Customs Enforcement

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by telephone
on this __2__ day of November, 2022.

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE